**RECEIVED** United States District Court
Northern District of Illinois
Eastern Division

NOV 0 8 2007
NOV 08 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Daniela M. Sardisco

VS.

07cv6347
JUDGE PALLMEYER
MAG. JUDGE COX

Manufacturer negligence

World Health Organization

Food & Nutrition Service

U.S. Public Health Service Commissioned Corps

INTERNATIONAL FOOD POLICY RESEARCH INSTITUTE


Hostess

Ocean Spray Consumer Affairs Department

Tropicana Products, Inc.

The Quaker Oats Company

Snickers DMCA Agent

Frito-Lay

Ice Mountain Water

Simply Orange Juice Company

Gerber Products Company

- -

Retailers, food, pharmaceuticals, and healthcare industry

U.S. agencies for food and agriculture (FODAG)

Board for international Food and Agricultural Development (BIFAD)

Under Secretary for Food, Nutrition, and Consumer services

Office of Consumer and Community Affairs

Center for food and Safety and applied Nutrition

Department of Agriculture

Food and nutrition Service

Food Safety and Inspection Service

Dean Foods

General mills, Inc.

Target Corporation

Wal-Mart Stores, Inc.

Walgreen co.

# Complaint

You and the products that compete are Negligent and liable for the food that the public is fed. All of these products have been poorly manufactured! I am sure the products I have complained about, are not the only ones guilty of being tampered with.

An investigation is necessary. Assailants have tampered with the food manufactured in these companies plus more. Pay me compensation for my time and persistence to aware you. You are liable for my personal injury and you need to investigate. Harmless people are being taken advantage of.

What you discover will be incredibly significant. The manufacture is being tampered with.

**Collected October/November 2007**

Welch's fruit Punch tasted different from the other. They left my stomach in pain once I finished the bottle. Some of them had an iffy flavor that reminded me of a very cheap type of sugared beverage. It held a high content of a chemically flavored substance. I also found a little pink: looked like a tiny bit of fruit. I'm worried about the

2

inconsistency. Each bottle tasted different and one bottle had a piece of fruit in it.

I felt sick: October 29th 2007

The bottle stated;

2006 Welch's Concord, MA 01742 7L20g05 Best Buy Jul-20-08


Roll Ups

The fruit snack left a horrible flavor in my mouth. They all looked different from one another. They were difficult to eat; there was no way to tear a piece off. I have evidence of a Roll Up that had an extra dripping of sugar candy. The snack is much too sweet to be considered a fruit snack, are you sure that this should be involved as a product considered healthy? Maybe it should be under candy.

I became sick after eating it. Is there a chance that there was some type of bacteria in the candy? It is also uncomfortable to eat; I suggest you put some type of cuts into the strip so the consumer can tear a piece off. Compensate me for my time and injury. I wish the best for an investigation. I truly know there is tampering among the factories


Hostess Cup cakes

They are disgustingly inconsistent the cream busts threw the bottom and the chocolate coding dripped down the side. IT was uncomfortable to eat. The cupcake batter did not hold a consistent color. I'm worried something is apparently wrong with the manufacturer.


Keebler Chips Deluxe Cookies Rainbow

3

The cookies seem completely overcooked. Each candy peace busted out of its shell. Some had candy pieces that were broken in half and little pieces. Each cookie held an over powering coco flavor. After I ate the cookies my mouth felt like I had consumed a bug the expiration date was May 21 2008. I feel horrible. 'What is wrong with the cookies how many families have been put in danger?!

Ocean Spray Cranberry

The juice seems to be tampered with. The bottles had a dark brow ring around the rim of the lid and the flavor was not consistent. I have a display of a bottle that feels like it has deteriorated the bottle and it holds a iridescent color to it. The contents of this batch of beverages needs to be investigated and tested for toxins and lack of vitamin content. I know they have been tampered with.

Ocean Spray Ruby

I purchased a 6 pack in September. I then refrigerated them. The first two that I tasted were unusually sweet. After about a week of being in the fridge I took them out. The next two I tasted were extremely bitter. They were not dated old. What is the problem hear? I'm hurt.

Tropicana Fruit Medley.

The flavors of the drink somewhat changed threw out the package of six I bought. One of the bottles came completely sucked in on one side. How could this happen to a product that is specialized to be consistently manufactured?

4

Tropicana Pure & Natural Orange Juice

The individual small cartons came with a straw that annoyed and did not work right. There was an excess amount of glue used to attach a straw on the side of the each individual carton. The straw then fell off a few of the cartons before I even left the store. The glue itself did not come off of the carton. Its appearance was obnogshis and just plain ugly. The appearance makes it not enjoyable to drink out of. I purchased both the small individual and the large containers of Orange Juice. Both were made with spoiled oranges. The flavor was strange and bitter. None of the containers tasted the same.

Quaker Oats

Quaker Oats are completely different in the large container compared to there individual packets. The size of the oat itself is about 600% bigger in the large container. The oats in the small packets turn in to mush. And the large oats taste like starch and too much raw flower. There was even oats in the large container that appeared not to be real. I'm concerned why is there such a big difference?

Dean's milk

I purchased a six pack of Dean's chocolate milk and white milk that came in individual bottles. They were all indented: they were packaged too tight. This takes away the enjoyment of drinking out of the bottle. Also the ridges cut my lips while they were chapped. But never the less the rim was very hurtful to drink from. I then purchased a liter bottle of milk. This bottle went bad before the expiration date. The milk grew a film at the top. I'm hurt. How much should I be concerned?

Doritos chips

I tasted a bag of the cooler ranch and the chips were sweeter than I have ever tasted them. They weren't ever sweet to me. I only ate half a bag and my stomach started to hurt. The flavor stayed in my mouth for way too long. I felt gross for over an hour. I have been injured. Why is this product so uncomfortable to consume.

Aunt Jemima Homestyle Pancakes 12 Pancakes frozen.

Each pancake had different shapes on side that appeared to have been scraped on. That wasn't the only problem. I went ahead and ate a serving size of 3 pancakes. Immediately after, my stomach was in pain. Is 3 pancakes too much? Why would they have hurt my stomach? I feel sick. I am also concerned about the manufacture. The prints were inconsistent.

Crush Orange Soda

I purchased a six pack of glass bottles and a six pack of small cans. 3 of the bottles contained completely different amounts of fluid. I fear there is a problem at the manufacture. It should be in your best interest to adjust this problem and pay more attention at your factories. I am hurt I do not have the money to pay for forensic tell me what is wrong. The cans I purchased had a different color speck of paint on the bottom of each one. What does this mean? It makes me feel like something fishy is going on. Is

6

there going to be any Permanente damage? How could the bottles been filled at different lengths? Why were the specks in different colors and under each can? I'm hurt, explain.

Nutter Butter Bites,

Kraft manufactured the design of the Nutter Butter cookies incorrectly; the cookies were not consistent with what I have previously purchased. I have been hesitant to continue eating the ones I have bought and I fear continuing to buy them. The cookies were flipped and most of them were stuck together backwards concealing the honeycomb print, that should be on the exterior.

Furthermore, the cookies were overfilled or at least it appeared, the filling was bursting out of one side and flattened. The cookies were over toasted and not like the packages I have purchased in the past. The cookies and the peanut butter were much darker than the average cookie manufactured by Nutter Butter.

The company is negligent to the cookies assembly. I am afraid the factories have been corrupted! I fear buying their products, I have been mistreated.

Mountain Ice Water bottles

Their bottles are inconsistent and the flavor isn't always the same. I have tasted a heavy chemical in multiple cases I have purchased it almost tastes like melted plastic.

7

Their bottles have a different feel from one to another. One bottle feels softer compared to the other.

I fear purchasing their product. It has endangered my health. What could be wrong with the case I just purchased, the bottles were not filled consistently. There must be negligence at the manufacturer.

Snickers Candy Bar

The last twenty Snickers bars that I have seen have been inconsistent and tampered with. First, they have had discolored caramel with a reddish tint. Some bars held peanut with a strong taste. Others tasted one way in the beginning and different toward the end. There were peanuts that tasted different from one another. Some peanuts tasted much more toasted than the other. Some had holes within the bar, where it seemed like there was a bubble. I saw a bar that didn't have the swirl on top and some that had chipped corners. I bought a bar which had some of the filling oozing out of it and bars that had extra chocolate on the sides as if it dripped over. Lastly, there were bars that had smudges on the sides that looked like they came from finger nails.

8

Keebler

Cookies were completely cracked every which way, all around the edges. The color coding was doubled and the chocolate cracked. The cookies look horrible. Does this alert a possibility that they are being tampered with nutritionally?

It felt horrible when I opened the container. It is distorting comparing the picture to the cookie itself. What is happening with the manufacture?

Simply Orange Juice Company
Apopka FL 32703

There is a problem with their oranges, I am afraid they are inconsistent and it seems like they have rotted before the seal was broken and the expiration date. The last five drinks I have purchased have been completely different from one another. The last one I tasted was extra bitter I couldn't even finish it what I did drink I forced down. I have also noticed that their seal is bubbly and the color changes dramatically from bottle to bottle. I have realized this among bottles in every other store in southern and northern Illinois on the shelves in Wal-Mart's and Jewel Osco's stores.

The word is that people in the factories got along with and let in some rappers, while manufacturing and they tampered with the products. The manufacture is negligent to what is going on in the factories. There are most likely problems that are not apparent to the naked eye. I have been told cum, piss, and rotted oranges are involved! This has endangered my health! I am hurt I used to buy their orange juice why should I have to

change. I have been injured, there is no reason a product under liability should be so inconsistent and most likely messed with. There must be negligence at the manufacturer.

Gerber Baby Food

Warning Gerber baby food has been tampered with also I suggest an investigation is necessary. The food Gerber creates doesn't even supply the infants with the nutrition necessary for healthy growth. Parents are not aware that they have to find alternate sorces to supply the baby with what is needed. Endless amounts of children are going malnourished.



306 Charmille Lane PO Box87 Wood Dale IL 60191 (630)523-3037

10