FILED
J.N
NOV X 8 2007
NOV X 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Daniela M. Sardisco
(Please print)

STREET ADDRESS: 306 Charmille Ln.- PO Box 87

CITY/STATE/ZIP: Wood Dale IL 60191

PHONE NUMBER: (630) 523-3037

CASE NUMBER: 07cv6347
JUDGE PALLMEYER
MAG. JUDGE COX

_Daniela Sardisco_ 11-8-07
Signature Date