# FILED

J .N

NOV X 8 2007

7/18/02

NOV X8 2007 **UNITED STATES DISTRICT COURT FOR THE**
MICHAEL W. DOBBINS     **NORTHERN DISTRICT OF ILLINOIS**
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

Daniela Sardisco
_____
Plaintiff

v.

Printed - Back pages
_____
Defendant(s)

07cv6347
JUDGE PALLMEYER
MAG. JUDGE COX

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*
I, Daniela Sardisco, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?    ☐Yes    ☒No    (If "No," go to Question 2)
   I.D. #_____ Name of prison or
   jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount:_____

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: 2005
      Monthly salary or wages: 700
      Name and address of last employer: Astis Deli

   b. Are you married?    ☐Yes    ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*
   a. Salary or wages                                          ☐Yes    ☒No
      Amount_____ Received by_____
   b. ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
      Amount_____ Received by_____

   c. ☐ Rent payments, ☐ interest or ☐ dividends              ☐Yes    ☒No

Amount_____ Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                    ☐ Yes    ☒ No
Amount_____ Received by_____

e.    ☐ Gifts or ☐ inheritances                                     ☐ Yes    ☒ No
Amount_____ Received by_____

f.    ☐ Any other sources (state source:_____)            ☐ Yes    ☒ No
Amount_____ Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?           ☒ Yes    ☐ No    Total amount: 11,000.00
In whose name held: Daniela Sardisco  Relationship to you: Self

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?                                              ☐ Yes    ☒ No
Property:_____    Current Value:_____
In whose name held:_____    Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?          ☒ Yes    ☐ No
Address of
property: 306 Charville Ln
Type of property: House               Current value: 325,000.00
In whose name held: Tray Sardisca    Relationship to you: Mother
Amount of monthly mortgage or loan payments: 12,000.00
Name of person making payments: Joey Sardisco

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                                    ☒ Yes    ☐ No
Property: Range Rover
Current value: 8,000.00
In whose name held: Daniela Sardisco  Relationship to you: Self

8.    List the persons who are dependent on you for support, state your relationship to each person
and indicate how much you contribute monthly to their support. If none, check here ☐ No
dependents

_____ None _____

_____

_____

I declare under penalty of perjury that the above information is true and correct. I understand that
pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court
determines that my allegation of poverty is untrue.

Date: 11/8/07                        Daniela Sardisco
                                     _____
                                     Signature of Applicant

                                     Daniela Sardisco
                                     _____
                                     (Print Name)

Defendant:

    Daniela M. Sardisco

VS.                               Case No.

Plaintiffs:
Manufacturer negligence

    World Health Organization

    Food & Nutrition Service

    U.S. Public Health Service Commissioned Corps

    INTERNATIONAL FOOD POLICY RESEARCH INSTITUTE

        ...  .          . . ....  -

    Hostess

    Ocean Spray Consumer Affairs Department

    Tropicana Products, Inc.

    The Quaker Oats Company

    Snickers DMCA Agent

    Frito-Lay

    Ice Mountain Water

    **Simply Orange Juice Company**

    Gerber Products Company

    Food and Drug...

1

Retailers, food, pharmaceuticals, and healthcare industry

U.S. agencies for food and agriculture (FODAG)

Board for international Food and Agricultural Development (BIFAD)

Under Secretary for Food, Nutrition, and Consumer services

Office of Consumer and Community Affairs

Center for food and Safety and applied Nutrition

Department of Agriculture

Food and nutrition Service

Food Safety and Inspection Service

Dean Foods

General mills, Inc.

Target Corporation

Wal-Mart Stores, Inc.

Walgreen co.