Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6347 | **DATE** | 11/20/2007 |
| **CASE TITLE** | Daniela M. Sardisco vs. World Health Organization, et al | | |

**DOCKET ENTRY TEXT**

Daniela Sardisco has filed a *pro se* complaint, together with an application for leave to proceed *in forma pauperis*. The court concludes Ms. Sardisco is capable of paying the filing fee and denies her motion (4) for leave to proceed in forma pauperis. The complaint is dismissed, but Ms. Sardisco will be expected to pay the filing fee within 30 days.

■[ For further details see text below.]

Docketing to mail notices.

---

## STATEMENT

Daniela Sardisco has filed a *pro se* complaint, together with an application for leave to proceed *in forma pauperis*. The affidavit in support of that application shows that, while Ms. Sardisco is currently unemployed, she has $11,000.00 in the bank. The court concludes Ms. Sardisco is capable of paying the filing fee and denies her motion (4) for leave to proceed in forma pauperis.

Under 28 U.S.C. § 1915, this court is authorized to dismiss claims whose factual allegations are clearly baseless or fail to state any claim within the jurisdication of the court. This complaint falls into that category. Ms. Sardisco has named as Defendants the World Health Organization, the Food And Drug Administration, other governmental organizations, and a number of food manufacturers and retailers. She alleges that various processed foods – Welch's fruit punch, Fruit Roll-Ups, Hostess Cup Cakes, Keebler Chips Deluxe Cookies, among many others – tasted bad to her or appeared to have been damaged or tampered with. Although Ms. Sardisco alleges that eating these products made her "hurt" or "sick" or left her feeling "gross" or "like something fishy is going on," she does not allege that she was otherwise harmed. In any event, her allegations do not state claim arising under federal law. To the extent she alleges negligence on the part of the various Defendants, a state law claim, this court lacks jurisdiction over it, as at least one of the Defendants – Walgreens, Inc. – is an Illinois citizen. Because Ms. Sardisco is an Illinois citizen as well, the court has no jurisdiction to entertain any claims under state law.

The complaint is dismissed, but Ms. Sardisco will be expected to pay the filing fee within 30 days.