Motion to Appeal.   KC

**FILED**
FEB 0 8 2008
FEB 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Daniela Sardiso

V.

Defendant(s)

Case No. 07 C 6347

Amont: 107 million

World Health et al ___—

I have Exhibits that will Scare you! Children are eating these foods; I was injured how could this not be a Federal Matter? I know the Companies are against Health codes + I'm distressed just knowing

I have assay, proof, and so much hearsay. I am being Rational People are at Risk this is Federal

Danisa Sardiso