Motion to Appeal.    KC **FILED**

FEB 0 8 2008
FEB 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Plaintiff(s)**

Daniela Sardiso

**V.**

Case No. 07 C 6347

Amount: 107 Million

**Defendant(s)**

World Health et al ___ —

I have Exhibits that will Scare you! Children are eating these foods; I was injured how could this not be a Federal Matter? I know the companies are against Health codes + I'm distressed just knowing

I have assay, proof, and so much hear Say. I am being Rational People are at Risk, this is Federal

Danisa Sardiso

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER:    07 cv 6347

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Sardisco/appellant | | World HealthOrg./appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Daniela M. Sardisco | Name | |
| Firm | AUSA | Firm | |
| Address | 306 Charmille Lane<br>P.O. Box 87<br>Wood Dale, Il. 60191 | Address | |
| Phone | | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Pallmeyer | Date Filed in District Court | 11/20/07 |
| Court Reporter | F. Ward    X-5561 | Date of Judgment | *No Date* |
| Nature of Suit Code | 365 | Date of Notice of Appeal | 2/8/08 |

COUNSEL:        Appointed [ ]        Retained [ ]        Pro Se [X]

FEE STATUS:        Paid [ ]        Due [X]        IFP [ ]

        IFP Pending [ ]        U.S. [ ]        Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?    Yes [ ]    No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

        Granted [ ]        Denied [ ]        Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).    Rev 04/01**

APPEAL, COX, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06347
## Internal Use Only

Sardisco v. World Health Organization et al
Assigned to: Honorable Rebecca R. Pallmeyer
Cause: 28:1331 Federal Question

Date Filed: 11/20/2007
Date Terminated: 11/20/2007
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Federal Question

**Plaintiff**

**Daniela M. Sardisco**                                      represented by **Daniela M. Sardisco**
306 Charmille Lane
P.O. Box 87
Wood Dale, IL 60191
(630) 523-3037
PRO SE

V.

**Defendant**

**World Health Organization**

**Defendant**

**Food & Nutrition Service**

**Defendant**

**U.S. Public Health Service**                              represented by **AUSA**
**Commisioned Corps**
United States Attorney's Office
(NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email:

USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**International Food Policy Research Institute**

**Defendant**

**Hostess**

**Defendant**

**Ocean Spray Consumer Affairs Department**

**Defendant**

**Tropicana Products, Inc.**

**Defendant**

**The Quaker Oats Company**

**Defendant**

**Board for International Food and Agricultural Development (BIFAD)**

**Defendant**

**Under Secretary for Food, Nutrition, and Consumer services**

**Defendant**

**Office of Consumer and Community Affairs**

**Defendant**

**Center for food and Safety and applied Nutrition**

**Defendant**

**Department of Agriculture**                represented by **AUSA**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Defendant**

**Food and Nutrition Service**


**Defendant**

**Food Safety and Inspection Service**


**Defendant**

**Dean Foods**


**Defendant**

**General Mills, Inc.**


**Defendant**

**Snickers DMCA Agent**


**Defendant**

**Frito-Lay**


**Defendant**

**Ice Mountain Water**


**Defendant**

**Simply Orange Juice Company**


**Defendant**

**Gerber Products Company**


**Defendant**

**Retailers, food, pharmaceuticals,
and healthcare industry**


**Defendant**

**U.S. agencies for food and agriculture (FODAG)**

represented by **AUSA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Target Corporation**

**Defendant**

**Wal-Mart Stores, Inc.**

**Defendant**

**Walgreen Co.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2007 | 1 | RECEIVED Complaint and twenty seven copies by Daniela M. Sardisco. (kjc, ) (Entered: 11/13/2007) |
| 11/08/2007 | 2 | CIVIL Cover Sheet. (kjc, ) Poor quality original - paper document on file. (Entered: 11/13/2007) |
| 11/08/2007 | 3 | PRO SE Appearance by Plaintiff Daniela M. Sardisco. (kjc, ) (Entered: 11/13/2007) |
| 11/08/2007 | 4 | APPLICATION by Plaintiff Daniela M. Sardisco for leave to proceed in forma pauperis. (kjc, ) (Entered: 11/13/2007) |
| 11/08/2007 | | (Court only) ***Party Board for International Food and Agricultural Development (BIFAD), and Under Secretary for Food, Nutrition, and Consumer services, and Office of Consumer and Community Affairs, and Center for food and Safety and applied Nutrition, and Department of Agriculture rep by AUSA, and Food and Nutrition Service, and Food Safety and Inspection Service, and Dean Foods, and General Mills, Inc. added. (ef, ) (Entered: 11/13/2007) |
| 11/08/2007 | | (Court only) ***Party Snickers DMCA Agent, and Frito-Lay, and Ice Mountain Water, and Simply Orange Juice Company, and Gerber Products Company, and Retailers, food, pharmaceuticals, and healthcare industry, and U.S. agencies for food and agriculture (FODAG) rep by AUSA, and Target Corporation, and Wal-Mart Stores, Inc., and Walgreen Co. added. (kjc, ) (Entered: 11/13/2007) |
| 11/20/2007 | 5 | MINUTE entry before Judge Rebecca R. Pallmeyer : Daniela Sardisco has filed a pro se complaint, together with an application for leave to |

| | | |
|---|---|---|
| | | proceed in forma pauperis. The court concludes Ms. Sardisco is capable of paying the filing fee and denies her motion **4** for leave to proceed in forma pauperis. The complaint is dimissed, but Ms. Sardisco will be expected to pay the filing fee within 30 days. Civil case terminated. Mailed notice (rbf, ) (Entered: 11/26/2007) |
| 02/08/2008 | **6** | NOTICE of appeal by Daniela M. Sardisco (Fee Due) (dj, ) (Entered: 02/11/2008) |
| 02/11/2008 | **7** | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 02/11/2008) |