**FILED**
**FEBRUARY 12, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                                    (312)435-5850

**J. N.**

**To:**    District Court Clerk's Office

**Re:**    Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | February 11, 2008 |
| Appellate Court No.: | 08-1321 |
| Short Caption: | Sardisco, Daniela v. World Health Organization, et al., |
| District Court Judge: | Rebecca R. Pallmeyer |
| District Court No.: | 1:07-cv-06347 |

If you have any questions regarding this appeal, please call this office.

**cc:**    F. Ward