# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6347 | DATE | 2/22/2008 |
| CASE TITLE | Daniela M. Sardisco vs. World Health Organization, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to proceed on appeal *in forma pauperis* is granted.

Docketing to mail notices.



| | Courtroom Deputy Initials: | ETV |
|---|---|---|