# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

February 19, 2008

*By the Court:*

| | |
|---|---|
| DANIELA M. SARDISCO,<br>    Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Northern District of |
| No. 08-1321    v. | ] Illinois, Eastern Division.<br>] |
| WORLD HEALTH ORGANIZATION, FOOD &<br>NUTRITION SERVICE, UNITED STATES<br>PUBLIC HEALTH SERVICE, Commisioned<br>Corps, et al.,<br>    Defendants-Appellees. | ] No. 07 C 6347<br>]<br>] Rebecca R. Pallmeyer,<br>]    Judge.<br>] |

**ORDER**

FILED
FEB 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The following is before the court:

1. **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on February 19, 2008, by the pro se appellant.

The pro se appellant has erroneously filed the motion for leave to appeal in forma pauperis in this court. The pro se appellant should have filed the motion in the district court in the first instance. Accordingly,

**IT IS ORDERED** that the clerk of this court transfer #1 to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the in forma pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24.

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

Daniela Sardisco

v. Case No. 08-1321

World Health Organiz et al

) Appeal from the United States District Court for the
) Northern District of Illinois
)
) District Court No. 07 C 6347
)
) District Court Judge Rebecca R. Pallmeyer

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: Daniela Sardisco

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 2-14-08

U.S.C.A. – 7th Circuit
RECEIVED
FEB 19 2008
GINO J. AGNELLO
CLERK

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| Total monthly income: | $ | $ | $ | $ |

U.S.C.A. – 7th Circuit
FILED
FEB 19 2008 DDS
GINO J. AGNELLO
CLERK

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A I have not worked in three years | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | Single | | |

4. How much cash do you and your spouse have? $ 60.00
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Harris | Savings | 1,000.00 | 0 |
| Harris | Checking | 196.00 | 0 |
| I have another balance that has Bills attached | | | |

→ I also need Surgery!

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| n/a | n/a | Make & year: LandRover 01 Model: Discovery Registration # |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: none Model: Registration # | none | none |

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Nicole Biedrzycki | 600.00 | — |
| Judy Sardiso | 42,000.00 | — |

*[Handwritten margin note:]* they will not pay me, I am not able to find Nicole

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| n/a | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [ ]No  Is property insurance included? [ ] Yes [ ]No | | 0 n/a |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $75.00 | |
| Home maintenance (repairs and upkeep) | | |
| Food | $165.00 | |
| Clothing | $60.00 | |
| Laundry and dry-cleaning | $15.00 | |
| Medical and dental expenses | not sure | |
| Transportation (not including motor vehicle expenses | $150.00 | |
| Recreation, entertainment, newspapers, magazines, etc. | $40.00 | |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | I am not insured | |

3

    Life                                              $ not sure    $ _____

    Health                                        $ unknown    $ _____

    Motor vehicle                           $ 120.00    $ _____

    Other: _____    $ _____    $ _____

Taxes (not deducted from wages or included in mortgage payments) (specify):    $ _____    $ _____

Installment payments    $ _____    $ _____

    Motor Vehicle    $ 0    $ _____

    Credit card (name): _____    $ 0    $ _____

    Department store (name): _____    $ _____    $ _____

    Other: _____    $ _____    $ _____

Alimony, maintenance, and support paid to others    $ 0    $ _____

Regular expenses for operation of business, profession, or farm (attach detail)    $ 0    $ _____

Other (specify): _____    $ 0    $ _____

Total monthly expenses:    $ around 700.00    $ _____

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [X] No  If yes, describe on an attached sheet.

**10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No  If yes, how much? $ not sure

If yes, state the attorney's name, address, and telephone number:

I have been discriminated against noone is willing to work with me considering my circumstances I have spoken with a endless amount of Attorneys
I am told to proceed as pro se

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[X] Yes [X] No If yes, how much? $ __yes if I find the right Help!__

If yes, state the person's name, address, and telephone number:

__I am not sure at this time does the court apoint anyone?__

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

__I am injured I need surgery on my spine, face,__

13. State the address of your legal residence.

__IL; 306 Charmille Wood Dale 60191__
__Po Box 87__

Your daytime phone number: (630) 523-3037
Your age: 22  Your years of schooling: 2 yrs of college
Your social-security number: 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

I am told I have to move out. Judy Sardis (my mom and owner of the house) doesn't believe in law suits. She said that if I'm filing a law suite I have to move out. She is in love with taking my right from me, the W.D. police do not care about her Actions