

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
　CLERK

312-435-5670

March 3, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Sardisco -v- World Health Org.

U.S.D.C. DOCKET NO. : 07 cv 6347

U.S.C.A. DOCKET NO. : 08 - 1321

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

　VOLUME(S) OF PLEADING(S)　　　　　*1 Volume of Pleadings*

　VOLUME(S) OF TRANSCRIPT(S)

　VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

   *1 Volume of Pleadings*

In the cause entitled: Sardisco -v- World Health Org..

USDC NO.   : 07 cv 6347

USCA NO.   : 08 - 1321

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 3rd day of March 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
           D. Jordan, Deputy Clerk

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06347
## Internal Use Only

| | |
|---|---|
| Sardisco v. World Health Organization et al | Date Filed: 11/20/2007 |
| Assigned to: Honorable Rebecca R. Pallmeyer | Date Terminated: 11/20/2007 |
| | Jury Demand: None |
| Case in other court: 08-01321 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1331 Federal Question | Jurisdiction: Federal Question |

**Plaintiff**

**Daniela M. Sardisco**　　　　　　　represented by **Daniela M. Sardisco**
306 Charmille Lane
P.O. Box 87
Wood Dale, IL 60191
(630) 523-3037
PRO SE

V.

**Defendant**

**World Health Organization**

**Defendant**

**Food & Nutrition Service**

**Defendant**

**U.S. Public Health Service Commisioned Corps**　　represented by **AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500

Chicago, IL 60604
(312) 353-5300
Email:
USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**International Food Policy Research Institute**

**Defendant**

**Hostess**

**Defendant**

**Ocean Spray Consumer Affairs Department**

**Defendant**

**Tropicana Products, Inc.**

**Defendant**

**The Quaker Oats Company**

**Defendant**

**Board for International Food and Agricultural Development (BIFAD)**

**Defendant**

**Under Secretary for Food, Nutrition, and Consumer services**

**Defendant**

**Office of Consumer and Community Affairs**

**Defendant**

Center for food and Safety and
applied Nutrition

**Defendant**

**Department of Agriculture**  represented by **AUSA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Food and Nutrition Service**

**Defendant**

**Food Safety and Inspection Service**

**Defendant**

**Dean Foods**

**Defendant**

**General Mills, Inc.**

**Defendant**

**Snickers DMCA Agent**

**Defendant**

**Frito-Lay**

**Defendant**

**Ice Mountain Water**

**Defendant**

**Simply Orange Juice Company**

**Defendant**

**Gerber Products Company**

**Defendant**

**Retailers, food, pharmaceuticals, and healthcare industry**

**Defendant**

**U.S. agencies for food and agriculture (FODAG)**               represented by **AUSA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Target Corporation**

**Defendant**

**Wal-Mart Stores, Inc.**

**Defendant**

**Walgreen Co.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2007 | 1 | RECEIVED Complaint and twenty seven copies by Daniela M. Sardisco. (kjc, ) (Entered: 11/13/2007) |
| 11/08/2007 | 2 | CIVIL Cover Sheet. (kjc, ) Poor quality original - paper document on file. (Entered: 11/13/2007) |
| 11/08/2007 | 3 | PRO SE Appearance by Plaintiff Daniela M. Sardisco. (kjc, ) (Entered: 11/13/2007) |
| 11/08/2007 | 4 | APPLICATION by Plaintiff Daniela M. Sardisco for leave to proceed in forma pauperis. (kjc, ) (Entered: 11/13/2007) |
| 11/08/2007 | | (Court only) ***Party Board for International Food and Agricultural Development (BIFAD), and Under Secretary for Food, Nutrition, and Consumer services, and Office of Consumer and Community Affairs, and Center for food and Safety and applied Nutrition, and Department of Agriculture rep by AUSA, and Food and Nutrition Service, and Food Safety and Inspection Service, and Dean Foods, and General Mills, Inc. |

| | | |
|---|---|---|
| | | added. (ef, ) (Entered: 11/13/2007) |
| 11/08/2007 | | (Court only) ***Party Snickers DMCA Agent, and Frito-Lay, and Ice Mountain Water, and Simply Orange Juice Company, and Gerber Products Company, and Retailers, food, pharmaceuticals, and healthcare industry, and U.S. agencies for food and agriculture (FODAG) rep by AUSA, and Target Corporation, and Wal-Mart Stores, Inc., and Walgreen Co. added. (kjc, ) (Entered: 11/13/2007) |
| 11/20/2007 | 5 | MINUTE entry before Judge Rebecca R. Pallmeyer : Daniela Sardisco has filed a pro se complaint, together with an application for leave to proceed in forma pauperis. The court concludes Ms. Sardisco is capable of paying the filing fee and denies her motion 4 for leave to proceed in forma pauperis. The complaint is dimissed, but Ms. Sardisco will be expected to pay the filing fee within 30 days. Civil case terminated. Mailed notice (rbf, ) (Entered: 11/26/2007) |
| 02/08/2008 | 6 | NOTICE of appeal by Daniela M. Sardisco (Fee Due) (dj, ) (Entered: 02/11/2008) |
| 02/11/2008 | 7 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 02/11/2008)~~ |
| 02/11/2008 | 8 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 6. Notified counsel (dj, ) (Entered: 02/11/2008)~~ |
| 02/12/2008 | 9 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 6 ; USCA Case No. 08-1321 (rbf, ) (Entered: 02/13/2008)~~ |
| 02/12/2008 | 10 | ~~CIRCUIT Rule 3(b) Notice. (rbf, ) (Entered: 02/13/2008)~~ |
| 02/19/2008 | 12 | ~~ORDER dated 2/19/2008 from the Seventh Circuit regarding notice of appeal 6 ; Appellate case no. : 08-1321. (rbf, ) (Entered: 02/25/2008)~~ |
| 02/22/2008 | 11 | MINUTE entry before Judge Rebecca R. Pallmeyer :Plaintiff's motion to proceed on appeal in forma pauperis is granted.Mailed notice (rbf, ) (Entered: 02/25/2008) |

**KEY**

```
All items are included in this record.
All cross out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.
```