# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer /RRP/ | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6347 | **DATE** | 4/14/2008 |
| **CASE TITLE** | Daniela M. Sardisco vs. World Health Organization | | |

**DOCKET ENTRY TEXT**

Plaintiff Daniela Sardisco reports that her federal mail has been stolen and asks that the court set another status date. Plaintiff is advised that this case has been dismissed, and an appeal is pending before the Court of Appeals for the Seventh Circuit. Her request for a status conference is denied.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|