**FILED**
APR 1 0 2008 TC
Apr 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Daniela Sardiso

Case No. 07cv6347
08-1321

v.

Defendant(s) World Health et al...

Judge: Rebecca Pallmeyer

Rule to Show Cause

All my federal mail has been stolen, all calanders and documents witholding information about my case were stolen and vandalized. May I proceed with a new court case? (630) 523-3037

PO Box 87 Woodale IL 60191