

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 07, 2008

To:   Michael Dobbins
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago 60604-0000

**FILED**

MAY 0 9 2008  YM
May 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1321 | DANIELA SARDISCO,<br>Plaintiff - Appellant<br><br>v.<br><br>WORLD HEALTH ORGANIZATION, FOOD AND NUTRITION SERVICE, U.S. PUBLIC HEALTH SERVICE COMMISIONED CORPS, INTERNATIONAL FOOD POLICY RESEARCH, and OCEAN SPRAY CONSUMER AFFAIRS,<br>Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 1:07-cv-06347
Northern District of Illinois, Eastern Division
Court Reporter Frances Ward
Clerk/Agency Rep Michael Dobbins
District Judge Rebecca Pallmeyer

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.
A certified copy of the opinion/order of the court and judgment, if any, and any

direction as to costs shall constitute the mandate.

| CHOOSE THE TYPE OF DISMISSAL BELOW: | F.R.A.P. 31(c) |
|---|---|
| ███████████████████████████ | |
| WHAT IS THE STATUS OF THE RECORD? CHOOSE ONE OF THE FOLLOWING: | record to be returned later |
| ███████████████████████████ | |

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                         **Received by:**

_____                           _____

form name: c7_Mandate (form ID: 135)