

**CERTIFIED COPY**

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FILED**

May 07, 2008

MAY 09 2008 YM
May 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1321 | DANIELA SARDISCO,<br>Plaintiff - Appellant<br><br>v.<br><br>WORLD HEALTH ORGANIZATION, FOOD AND NUTRITION SERVICE, U.S. PUBLIC HEALTH SERVICE COMMISIONED CORPS, INTERNATIONAL FOOD POLICY RESEARCH, and OCEAN SPRAY CONSUMER AFFAIRS,<br>Defendants - Appellees |
|---|---|

**Originating Case Information**

District Court No: 1:07-cv-06347
Northern District of Illinois, Eastern Division
Court Reporter Frances Ward
Clerk/Agency Rep Michael Dobbins
District Judge Rebecca Pallmeyer

This court issued a Rule To Show Cause order on WHEN and there has been no response filed. Pursuant to that Rule To Show Cause and Circuit Rule 31(c),

**IT IS ORDERED** that this cause is **DISMISSED** for want of prosecution.

form name: c7_FinalOrderWMandate (form ID: 137)