

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

May 13, 2008

To:  Michael Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago 60604-0000

FILED

MAY 1 3 2008 PH
May 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| No.: 08-1321 | DANIELA SARDISCO,<br>Plaintiff - Appellant<br><br>v.<br><br>WORLD HEALTH ORGANIZATION, FOOD AND NUTRITION SERVICE, U.S. PUBLIC HEALTH SERVICE COMMISIONED CORPS, INTERNATIONAL FOOD POLICY RESEARCH, and OCEAN SPRAY CONSUMER AFFAIRS,<br>Defendants - Appellees |

District Court No: 1:07-cv-06347
Northern District of Illinois, Eastern Division
Court Reporter Frances Ward
Clerk/Agency Rep Michael Dobbins
District Judge Rebecca Pallmeyer

The mandate or agency closing letter in this cause issued on 05/07/08. Returned herewith is the record which was transmitted to this court.

| RECORD ON APPEAL STATUS: | Entire record returned consisting of |
|---|---|
| ███████████████████ | ███████████████████ |
| Pleadings: | 1 |
| ███████████████████ | ███████████████████ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

----------------------------------------

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:** 5-13-08

**Received by:** T. Harrison

form name: c7_Record_Return_toDC (form ID: 205)